UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEATHER BURKE | § | CIVIL ACTION NO. |
| VERSUS | § | SECTION: |
| LIBERTY MUTUAL INSURANCE COMPANY and WEEKS MARINE, INC. | § | MAGISTRATE: |

***Jury Trial Requested***

## **COMPLAINT**

The Complaint for Damages of HEATHER BURKE, a person of the full age of majority, appearing herein through undersigned counsel, and complaining of the Defendants, respectfully alleges and shows unto this Honorable Court that:

1.

Plaintiff  is a citizen of Louisiana and a resident of Lafourche Parish, Louisiana.

2.

Plaintiff brings this action against the Defendants pursuant to the laws of the State of Louisiana, Louisiana C.C. Art. 2315, *et seq.*, and the Louisiana Direct Action Statute, La. R.S. 22: 1269.

3.

Jurisdiction is proper under 28 U.S.C. §1332.    The Plaintiff and the Defendants have complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

4.

Made Defendants herein are:

a)    LIBERTY MUTUAL INSURANCE COMPANY, hereinafter "LIBERTY", a

foreign insurance company licensed to do and doing business within the

jurisdiction of the Honorable Court and may be served through its appointed

agent, the Louisiana Secretary of State; and,

b)       WEEKS MARINE, INC., a New Jersey corporation, authorized to do and doing

business within the jurisdiction of his Honorable Court, with its principal place of

business within Louisiana located in the eastern district;

5.

At all times material to this lawsuit, Defendant WEEKS MARINE, INC, owned, operated

and/or controlled the 2017 Chevrolet Colorado pick-up truck, Louisiana license number

Y208330.

6.

Defendant "LIBERTY" was the liability insurer for Defendant and provided insurance

coverage on the pick-up truck in question owned by WEEKS MARINE, INC.    The policy is

#AS2Z11261229-02.

7.

On September 21, 2017, Defendant's pick-up trailer failed to yield and improperly

entered Plaintiff's lane of travel causing damage to Plaintiff's vehicle and causing personal

injuries to Plaintiff.

8.

The aforementioned incident which injured Plaintiff was directly and proximately caused

by the negligence of the Defendants.

-2-

9.

Plaintiff, HEATHER BURKE, sustained injuries to her body, including but not limited to her lower back and left foot.   She has incurred medical expenses and her treating physicians anticipate additional medical expenses in the future relating to the treatment and care of her injuries.

10.

As a result of Defendants' negligence, Plaintiff, HEATHER BURKE, may become disabled and may suffer a loss of income and/or an impairment of her future earning capacity. Her injuries have caused a loss of enjoyment of life, personal and medical expenses, past and future mental and physical pain and suffering.

11.

Prior to this wreck, Plaintiff was in good health.  Plaintiff was blameless in this incident.

12.

Plaintiff requests a trial by jury.  Plaintiff's damages exceed $75,000.00.

WHEREFORE, Plaintiff, HEATHER BURKE, prays that after due proceedings are had, that there be a judgment entered for Plaintiff and against the Defendants, LIBERTY MUTUAL INSURANCE COMPANY and WEEKS MARINE, INC., *in solido*, in the full amount of TWO HUNDRED AND FIFTY THOUSAND ($250,000.00) DOLLARS, for all costs of these proceedings, for pre-judgment interest, for trial by jury and for all equitable relief to which Plaintiff may be entitled.

Respectfully submitted:

STRAUSS & KING, APLC


*/s/Rhett E. King*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504. 523-0033 (telephone)
504. 523-0109 (facsimile)
rhettking@straussandking.com

*Counsel for Heather Burke*